IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CV-143-D

TAREA PRICE,

            Plaintiff,

v.

THE TRUSTEES OF FAYETTEVILLE
TECHNICAL COMMUNITY COLLEGE,

            Defendant.

**ORDER**

On September 9, 2015, Tarea Price ("Price" or "plaintiff") filed a motion to proceed in forma pauperis [D.E. 1]. On September 11, 2015, the court granted Price's motion and her complaint was filed [D.E. 5, 6]. On October 20, 2015, defendant moved to dismiss the complaint and filed a supporting memorandum [D.E. 14, 15]. On June 2, 2016, Price moved to amend her complaint [D.E. 24]. On June 28, 2016, the court granted Price's motion to amend her complaint [D.E. 25]. On July 18, 2016, Price filed an amended complaint [D.E. 27] and defendant answered [D.E. 26]. In light of the amended complaint, defendant's motion to dismiss [D.E. 14] is DISMISSED as moot.

SO ORDERED. This 25 day of July 2016.

                                                      JAMES C. DEVER III
                                                      Chief United States District Judge