IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TAREA PRICE,<br><br>                   *Plaintiff*,<br><br>v.<br><br>THE TRUSTEES OF FAYETTEVILLE TECHNICAL COMMUNITY COLLEGE,<br><br>                   *Defendant*. | CASE NO.: 4:15-CV-143 |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon reading and filing of the foregoing stipulation, and the Court being otherwise fully advised in the matter;

IT IS HEREBY ORDERED that the above-entitled case between the parties be dismissed with prejudice, without costs to any party.

SO ORDERED. This 8 day of August 2017.

_____
JAMES C. DEVER III
Chief United States District Judge